Probation Form No. 35　　　　　　　　　　　　　　　　　Report and Order Terminating Probation /
(1/92)　　　　　　　　　　　　　　　　　　　　　　　　　　　Supervised Release
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

　　　　　　　v.　　　　　　　　　　　Docket No. 23-CR-0081-01 (VSB)

Peter Leonard Lyon

On July 22, 2021, the above named was placed on Supervised Release for a period of three (3) Years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Peter Leonard Lyon be discharged from Supervised Release.

Respectfully submitted,

by _____
Giavonnii A. Foderingham
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this  1st  day of  February , 20 24 .

_____
Honorable Vernon S. Broderick
U.S. District Judge